In the Matter of the Judicial Settlement of the Account of Proceedings of LOUISA E. BOUTELLE, as Trustee under the Last Will and Testament of ANNE A. KIMBER (Also Known as ANNIE A. KIMBER), Deceased. JOSEPH A. REYNOLDS, as Special Guardian, and Others, Objectants, Appellants; LOUISA E. BOUTELLE, as Trustee, Petitioner, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [172 Misc. 991.]

## SECOND DEPARTMENT, FEBRUARY, 1941.
### (February 3, 1941.)

FANNY MAX and GEORGE MAX, Respondents, v. JACOB RUBIN, Defendant; BROOKHAVEN DEVELOPMENT CORPORATION, Appellant.—Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

RICHARD E. BEERS, an Infant, by His Guardian ad Litem, AMELIA BEERS, and AMELIA BEERS, Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 4, TOWN OF HUNTINGTON, NEW YORK, Respondent.— Action to recover damages for personal injuries sustained by the infant plaintiff when he fell or jumped from a grandstand in the rear of the school he was attending; and action by his mother for loss of services and medical expenses. At the close of the entire case the trial justice directed a verdict in favor of the defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CAROLINE BRADLEY, Appellant, and BERNARD BRADLEY, Plaintiff, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Action at law to recover the purchase price of a first mortgage certificate, after rescission and tender, on the ground of false representation at the time the proceeds of the certificate, then due, were reinvested. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

FRANCES BURNS, Appellant, v. HENRY T. BURNS, Respondent.— Appeal by the plaintiff from an order denying her motion for counsel fees and disbursements necessary to oppose an appeal by the defendant from an order modifying a judgment of divorce with respect to the custody of children. Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted to the extent of awarding plaintiff $200, to cover counsel fees and expenses, without costs. We think the wife should have been supplied with means to oppose the appeal taken by the defendant. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.